# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

**JIM MALINDA**                                                                                                          **PLAINTIFF**

**v.**                                                                                        **CIVIL ACTION NO. 5:13CV-13-R**

**L'BURGE CASINO** *et al.*                                                                              **DEFENDANTS**

## MEMORANDUM AND ORDER

Plaintiff Jim Malinda, who lives in Nashville, Tennessee, filed a *pro se* civil action against L'Burge Casino and the Calcasieu Parish District Attorney, both located in Louisiana. He seeks compensation for the trauma and humiliation of being incarcerated.

Under 28 U.S.C. § 1391(a), a civil action may be brought in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Defendants are in Louisiana and a substantial portion of the events giving rise to the claims raised in the complaint occurred in Louisiana. Calcasieu Parish is located in the Western District of Louisiana. 28 U.S.C. § 98(c). Accordingly,

**IT IS ORDERED** that the instant action is **TRANSFERRED to the United States District Court for the Western District of Louisiana** pursuant to 28 U.S.C. § 1406(a).[1]

---

[1] Pursuant to § 1406(a), "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

All further filings shall be filed with that court.

Date:

cc: Plaintiff, *pro se*
    Clerk, U.S. District Court for the Western District of Louisiana
4413.005